UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULAMAIN ESMYATAR, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>MCGEE AIR SERVICES INC.,<br><br>    Defendant. | Case No. 22-cv-00744-VC<br><br>**ORDER DISMISSING ESMYATAR AND DE OCA** |

Esmyatar and De Oca's claims are dismissed without prejudice. *See* Dkt. No. 26. This is the final filing that counsel must serve on them.

**IT IS SO ORDERED.**

Dated: December 16, 2022

VINCE CHHABRIA
United States District Judge