UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SULAMAIN ESMYATAR, et al.,<br><br>        Plaintiff,<br><br>   v.<br><br>MCGEE AIR SERVICES INC.,<br><br>        Defendant. | 22-cv-00744-VC<br><br>**JUDGMENT** |

The Court now enters judgment in accordance with its previous order granting Final Approval of the Class Action Settlement, the Motion for Attorneys' Fees, and the Motion for a Service Award. *See* Dkt. No. 55. The Clerk of the Court is directed to close the case.

    **IT IS SO ORDERED.**

Dated:  September 29, 2023

 

VINCE CHHABRIA
United States District Judge