# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohamed Ibrahim on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McGee Air Services Inc., a Washington Corporation, and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 3:22-CV-00744-VC<br><br>**ORDER APPROVING POST-DISTRIBUTION ACCOUNTING AND RELEASING ATTORNEY FEE HOLDBACK** |

This matter comes before the Court on Plaintiff's Post-Distribution Accounting of the Class Action Settlement, and his concurrent requests to (a) approve the Post-Distribution Accounting; (b) provide for a final post-distribution accounting 21 days after December 16, 2024; and, (c) to release to Class Counsel the attorneys' fees approved but held back by the Court's Order Granting Motion for Final Approval of Settlement and Motion for Attorneys' Fees

("Approval Order"), ECF No. 55. The Court is advised that counsel for Defendant does not opposed the Post-Distribution Report nor the relief requested in it.

Good cause appearing,

IT IS HEREBY ORDERED accepting the Post-Distribution Accounting;

IT IS FURTHER ORDERED that Plaintiff shall file a final post-accounting distribution within 21 days of December 16, 2024; and,

IT IS FURTHER ORDERED that the third-party administrator pay Class Counsel the $10,500 in attorney fees held back pursuant to the Approval Order.

DATED: _____
Hon. Vincent Chhabria, United States District Judge

Order Approving Post-Distribution Accounting and Releasing Attorney Fee Holdback
Ibrahim v. McGee Air Services
3:22-CV-00744-VC