# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mohamed Ibrahim on behalf of himself and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>McGee Air Services Inc., a Washington Corporation, and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No.: 3:22-CV-00744-VC<br><br>**ORDER APPROVING FINAL ACCOUNTING OF SECOND DISTRIBUTION AND RELEASING RESIDUAL FUNDS TO THE CY PRES RECIPIENT** |

This matter comes before the Court pursuant to the Court's Order (Dkt. 60) requiring a second post-distribution accounting. Per the Declaration of Tarus Dancy for the 3rd Party Administrator, CPT, filed concurrently, the Court finds that after the initial distribution to Class members, there remained over $25,000 in funds, requiring a second distribution to the Class. After the 3rd party administrator sent the Class members that second distribution, some checks

remained uncashed, leaving a balance held by the 3rd party administrator, totaling $10,345.33. Per the Settlement Agreement, those funds shall be distributed to the Cy Pres Recipient, the Justice and Diversity Center of the Bar Association of San Francisco.

    Plaintiff seeks this Court's (a) approval of the Post-Distribution Final Accounting of the Class Action Settlement, and (b) order releasing the residual funds held by the 3rd party administrator to the Cy Pres Recipient, the Justice and Diversity Center of the Bar Association of San Francisco. The Court is advised that counsel for the Defendant has no objections to the CPT Report or the relief requested.

Good cause appearing,

IT IS HEREBY ORDERED that the Final Post-Distribution Accounting is approved;

IT IS FURTHER ORDERED that the third-party administrator shall pay the Justice and Diversity Center of the Bar Association of San Francisco $10,345.33, representing the funds left after two distributions of the settlement funds to the Class members.

DATED: February 19, 2025

_____
Hon. Vince Chhabria, United States District Judge

Order Approving Final Post-Distribution Accounting and Releasing Residual Funds to Cy Pres Recipient
Ibrahim v. McGee Air Services
3:22-CV-00744-VC